JAMES HAWKINS APLC
JAMES R. HAWKINS SBN 192925
James@jameshawkinsaplc.com
GREGORY MAURO, SBN 222239
Greg@jameshawkinsaplc.com
MICHAEL CALVO, SBN 3149864
Michael@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for EMERITA CORADO-CORTEZ individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERITA CORADO-CORTEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XPO LOGISTICS, INC., a Connecticut Corporation; XPO LOGISTICS, FREIGHT, INC., a Delaware Corporation, XPO LOGISTICS SUPPLY CHAIN CORPORATE SERVICES, INC., a New Jersey Corporation; XPO LOGISTICS SUPPLY CHAIN, INC., a North Carolina Corporation; XPO LOGISTICS, WORLDWIDE, INC., a Delaware Corporation, and DOES 1-50, inclusive<br><br>Defendants. | Case No. 19-CV-00670-TJH (SHKx)<br><br>Honorable Terry J. Hatter<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT AND RELEASE**<br><br>Date: March 8, 2021<br>Time: UNDER SUBMISSION<br>Dept.: 9B, 9th Floor<br><br>Complaint Filed January 15, 2019<br>Removed April 12, 2019 |

**TO EACH PARTY AND COUNSEL OF RECORD FOR EACH PARTY: YOU ARE HEREBY NOTIFIED THAT**, on Monday, March 8, 2021 and will be taken under submission in Courtroom 9B of the United States District Court, Central District of California, located at 350 W. 1st Street, Courtroom #9B, Los Angeles, CA 90012, Plaintiff ("Plaintiff"), individually and on behalf of the proposed Class will and hereby does move the Court and respectfully requests, without opposition from Defendants that the Court grant preliminary approval of the parties' of Amended Joint Stipulation of Class Action Settlement.

Through this Motion, Plaintiff requests that the Court issue an order: granting preliminary approval of the proposed Settlement; granting conditional certification of the Class; appointing ILYM Group, Inc. as the Settlement Administrator; and authorizing the mailing of the proposed Class Action Notice. Plaintiff also requests that the Court issue an order approving James R. Hawkins and Gregory Mauro of James Hawkins, APLC as counsel for Plaintiff and the Class, and approving Plaintiff as the Class Representative. Plaintiff further requests that the Court set a final fairness and approval hearing for August 2, 2021 at a time to be determined by the Court or taken under submission pursuant to the Court's standing order, and approve the final approval hearing date and the other proposed Settlement administration dates as proposed and set forth in the concurrently filed [Proposed] Order.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, which provides for court approval of the settlement of a purported class action and allows the court to preliminarily certify a class for settlement purposes. Plaintiff makes this motion on the grounds that the Settlement is fair, adequate, and reasonable, is well within the range of reasonableness for possible final approval, and the notice procedures proposed by the parties are adequate to ensure the opportunity for Class Members to participate in, opt out of, or object to the Settlement.

The Motion is based upon this notice of motion and motion for preliminary approval of the amended settlement, the memorandum of points and authorities concurrently filed herewith in support thereof, along with the [Proposed] Order Granting Preliminary Approval of Settlement and Setting a hearing for the final approval of the settlement, the concurrently filed Declarations of James R. Hawkins, Plaintiff Emerita Corado Cortez, settlement administrator Sean Hartranft, the Parties' amended settlement agreement, and the Parties' proposed Notice of Class Action Settlement, the files and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

Pursuant to Local Rule 7-3, the parties' counsels have met and conferred and Defendant does not oppose this motion.

Dated: February 5, 2021

Respectfully submitted,
JAMES HAWKINS APLC

By: /s/ Gregory Mauro
James R. Hawkins
Gregory Mauro
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: February 5, 2021

By: /s/ Gregory Mauro
GREGORY MAURO, ESQ.