JAMES HAWKINS APLC
JAMES R. HAWKINS SBN 192925
James@jameshawkinsaplc.com
GREGORY MAURO, SBN 222239
Greg@jameshawkinsaplc.com
MICHAEL CALVO, SBN 3149864
Michael@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for EMERITA CORADO-CORTEZ
individually and on behalf of all others
similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERITA CORADO-CORTEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XPO LOGISTICS, INC., a Connecticut Corporation; XPO LOGISTICS, FREIGHT, INC., a Delaware Corporation, XPO LOGISTICS SUPPLY CHAIN CORPORATE SERVICES, INC., a New Jersey Corporation; XPO LOGISTICS SUPPLY CHAIN, INC., a North Carolina Corporation; XPO LOGISTICS, WORLDWIDE, INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 19-CV-00670-TJH (SHKx)<br><br>Honorable Terry J. Hatter<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND ADMINISTRATION COSTS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: September 13, 2021<br>Time: UNDER SUBMISSION<br>Dept.: 9B, 9th Floor<br><br>Complaint Filed January 15, 2019<br>Removed April 12, 2019 |

1.

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

NOTICE IS HEREBY GIVEN that on September 13, 2021, at [UNDER SUBMISSION] before the Honorable Terry J. Hatter in Courtroom 9B of the United States District Court for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiff EMERITA CORADO-CORTEZ ("Plaintiff"), on behalf of the certified Class for settlement purposes, will and hereby does move this Court for an Order which will:

1. Finally adjudicate the Settlement is fair, adequate, and reasonable;
2. Direct distribution of the Settlement benefits by the Settlement Administrator to all participating class members or Settlement Class Members in accordance with the Joint Stipulation of Class Action Settlement (the "Settlement" or the "Stipulation") ;
3. Approve and direct the payment to the Settlement Administrator from the Gross Settlement Fund or GSF in the amount of $25,000 for its fees and costs in administering the Settlement in accordance with the Settlement Agreement;
4. Approve and direct payment to Class Counsel in the amount of one-quarter (¼) of the GSF for their attorneys' fees in the sum of $372,601.19 and reimbursement of their actual litigation costs of $13,315.65 in accordance with the Settlement.
5. Approve and direct the Enhancement Award to be paid from the GSF to the Plaintiff Corado-Cortez in the sum of $5,000 in accordance with the Settlement;
6. Approve the PAGA Penalty Payment in the sum of $50,000 and direct $37,500 (75%) of which to be paid to the Labor and Workforce Development Agency ("LWDA") and the remainder ($12,500) to Settlement Class members pursuant to the Settlement; and
7. Direct the Clerk of Court to enter final judgment; and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

2.

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

This Motion is made on the grounds the proposed Settlement, which was preliminarily approved by this Court on April 14, 2021 [Dkt. No. 30] is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Class who have embraced the Settlement as there is a 99.75% participation rate, with 9 exclusions and zero objections. The proposed Settlement should now be finally approved, as more fully discussed in the attached Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement and entering Final Judgment.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Class Counsel, the Declaration of Nathalie Hernandez on behalf of ILYM Group, Inc., the Declaration of Plaintiff Corado-Cortez, the Order Granting Preliminary Approval of Class Action Settlement, and such other records and files in this action, and on such other matters as may be properly presented at or before the hearing.

The Parties have met and conferred regarding the substance of this Motion and Plaintiffs anticipate no objection to this Motion from Defendant.

Dated: August 16, 2021              JAMES HAWKINS APLC

By: /s/ Gregory Mauro
---
James R. Hawkins, Esq.
Gregory Mauro, Esq.

Attorneys for Plaintiff
EMERITA CORADO-
CORTEZ and for Members of
the Class

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: August 16, 2021         */s/ Gregory Mauro*
                                Gregory Mauro, Esq.